No. 77–441. DICK *v.* UNITED STATES; and

No. 77–442. DICK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–461. DIGGS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–462. KING *v.* UNITED STATES; and

No. 77–463. BOUCHER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 560 F. 2d 122.

No. 77–469. ROCCO FERRERA & Co. *v.* MORRISON, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied.

No. 77–5002. HRYNKOW *v.* BUTLER, CHAIRMAN, BOARD OF PROBATION AND PAROLE OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 77–5004. SALYER *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 77–5011. DORRIS ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 77–5018. VELASQUEZ *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5025. MORGAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5029. HUGHES *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–5031. WILLIAMSON *v.* UNITED STATES; and

No. 77–5033. MITCHELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 556 F. 2d 371.